# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CRIMINAL NO. 1:06CR31

FILED
ASHEVILLE, N.C.

FEB 22 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MICHAEL RICHARD ROSE** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the

sentencing hearing scheduled for Wednesday, February 28, 2007, at 2:00

PM.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing

scheduled herein is continued to the Court's next sentencing term.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge